155 A.3d 896

**JOYNER, Anthony**

v.

**STATE of Maryland**

**Pet. Docket No. 579, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Motion denied by the Court of Special Appeals (No. 2055, Sept. Term, 2016).

Petition for writ of certiorari denied

■

155 A.3d 896

**LEONG**

v.

**MS. HONEY DO HOME IMPROVEMENT**

**Pet. Docket No. 518, Sept.Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

(No. CAL16–30879, Circuit Court for Prince George's County).

Petition for writ of certiorari denied